Adam Strachan, Esq. (11468)
STRACHAN, STRACHAN & SIMON, P.C.
401 Main Street, Second Floor
P.O. Box 1800
Park City, Utah 84060-1800
Telephone: (435) 649-4111
Facsimile: (435) 645-9429
astrachan@strachanlaw.com

Meghan A. Sheridan (14315)
HALL & EVANS, LLC
175 S. Main Street, Suite 610
Salt Lake City, UT  84111
Telephone:  801-770-4776
Facsimile:   801-438-6154
Email:  sheridanm@hallevans.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DEER VALLEY RESORT COMPANY, LLC (dba DEER VALLEY RESORT) and SOLITUDE MOUNTIAN SKI AREA LLC (dba SOLITUDE MOUNTAIN RESORT)<br><br>    Plaintiffs,<br><br>vs.<br><br>MYSKILESSONS.COM,<br><br>    Defendant. | **SUMMONS**<br><br>Case No. 2:24-cv-00760<br><br>Judge: |

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND. READ THE INFORMATION BELOW.**

TO THE DEFENDANT:  A civil complaint has been filed by the Plaintiffs against you for the relief set forth in the complaint.

Myskilessons.com
848 N Rainbow Blvd. #2607
Las Vegas NV 89107

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, (at the address listed above), and prove that you did. To determine whether you must pay a filing fee with your response, contact the Clerk of the District Court.

If you want to defend this lawsuit, you must file a written response (Answer or appropriate Rule 12 Motion) to the Complaint at the Clerk of the District Court's office at: Orrin G. Hatch United States Courthouse, 351 South West Temple, Rm 1.100, Salt Lake City, Utah 84101, within 21 days from the service of the Summons.

If you do not file an Answer or appropriate Motion the court may enter a judgment against you without further notice. A letter to the Judge is not an appropriate written response.

If your written response is an Answer, it must state the things you agree with and those you disagree with that are in the Complaint. You must also state any defenses you have.

If you are considering talking to an attorney, you should do so quickly to protect your legal rights.

DATED this _____ day of October 2024.

Submitted By:

/s/Adam Strachan
Adam Strachan, Esq.
Meghan A. Sheridan
Attorneys for Plaintiff

CLERK OF THE COURT

_____
By:  Deputy Clerk
Date: